DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WALLACE WOODS,

Appellant,

v.

RICKY D. DIXON, Secretary of the Florida
Department Of Corrections,

Appellee.

No. 2D23-1270

_____

December 1, 2023

Appeal from the Circuit Court for DeSoto County; Don Thomas Hall,
Judge.

Wallace Woods, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

        Affirmed.

KHOUZAM, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.